**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL W. ESPY,

      Plaintiff,

vs.

CIVIL NO.: 19-CV-10305
HON. ROBERT H. CLELAND

COMMISSIONER OF SOCIAL
SECURITY

      Defendant.
                          /

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the court on the parties' cross motions for summary judgment. The case was referred to United States Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1. The magistrate judge issued his report on October 25, 2019 recommending that this court deny Defendant's Motion for Summary Judgment, [Dkt #16]  Grant in Part Plaintiff's Motion for Summary Judgment [Dkt #13] and remand the case to the Commissioner for further proceedings. No objections have been filed pursuant to 28 U.S.C. §636(b)(1)(C); thus further appeal rights are waived.[1]

Accordingly, the court ADOPTS the recommended findings and conclusions of the Magistrate Judge.

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. See _Thomas v. Arn_, 474 U.S. 140,149 (1985).

## ORDER

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Defendant's Motion for Summary Judgment [Dkt #16] is **DENIED**, Plaintiff's Motion for Summary Judgment [Dkt #13] is **GRANTED IN PART** to the extent it seeks remand; **DENIED IN PART** to the extent it seeks an award of benefits and this matter is **REMANDED** for further proceedings.

IT IS SO ORDERED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 22, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 22, 2019, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522